| | |
|---|---|
| 1 | ALAN J. LAZARUS (SBN #129767) |
|   | alan.lazarus@dbr.com |
| 2 | KRISTA L. COSNER (SBN #213338) |
|   | krista.cosner@dbr.com |
| 3 | DRINKER BIDDLE & REATH LLP |
|   | 50 Fremont Street 20th Floor |
| 4 | San Francisco, CA  94105-2235 |
|   | Telephone:    (415) 591-7500 |
| 5 | Facsimile:     (415) 591-7510 |
| 6 | Attorneys for Defendants |
|   | SMITHKLINE BEECHAM CORPORATION dba |
| 7 | GLAXOSMITHKLINE and MCKESSON |
|   | CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANICE ROSALES, as surviving statutory beneficiary for the wrongful death of Armando Rosales, Jr., deceased, individually and on behalf of all other heirs of decedent, | Case No. CV-08-5658 EMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME IN WHICH TO RESPOND TO COMPLAINT** |
| v. | |
| SMITHKLINE BEECHAM CORPORATION, a Pennsylvania corporation, d/b/a GLAXOSMITHKLINE; MCKESSON CORPORATION, a Delaware corporation; DOES ONE through FIFTEEN, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the time within which defendants SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE ("GSK") and McKESSON CORPORATION ("McKesson") (collectively "Defendants") may move, answer, or otherwise respond to Plaintiff's Complaint is extended pending the determination of certain jurisdictional issues.  It is agreed that should this matter

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEFENDANTS' TIME TO RESPOND
SF01/ 620873.1

CASE NO. CV-08-5658 EMC

1  remain in this Court, and neither be transferred to the MDL nor remanded, Defendants shall
2  answer or otherwise respond to Plaintiff's Complaint within thirty (30) days from the date the
3  JPML rules upon Plaintiff's opposition to transfer to the MDL, but if the matter is transferred to
4  the MDL, the time for responding shall be governed by the Pretrial Orders entered in the multi-
5  district litigation, *In re Avandia Marketing, Sales Practices and Products Liability Litigation,*
6  MDL 1871 (E.D. Pa.) before the Honorable Cynthia M. Rufe, of the United States District Court
7  for the Eastern District of Pennsylvania.[1]

8  It is further agreed, that should this matter be remanded to state court, Defendants shall
9  respond within thirty (30) days of entry of the remand order.

10  Pursuant to Local Rule 6-1, stipulations which alter the date of any event or any deadline
11  already fixed by the Court require court approval.  Although the parties believe this stipulation
12  will have no such effect, to the extent that it does, the parties request that this Court approve the
13  proposed order below, consistent with the stipulation above.

14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///

---

[1] The above-entitled action was tagged for transfer to MDL 1871 and awaits a ruling upon Plaintiff's opposition to transfer to the MDL now pending before the Judicial Panel on Multidistrict Litigation.

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEFENDANTS' TIME TO RESPOND  - 2 -  CASE NO. CV-08-5658 EMC
SF01/ 620873.1

IT IS SO STIPULATED:

Dated: January 7, 2009          DRINKER BIDDLE & REATH LLP


                                By: */s/ Krista L. Cosner*
                                    Krista L. Cosner

                                Attorneys for Defendants
                                SMITHKLINE BEECHAM CORPORATION
                                dba GLAXOSMITHKLINE and MCKESSON
                                CORPORATION


Dated: January 7, 2009          PHILLIPS & ASSOCIATES


                                By: */s/ Lowell Finson*
                                    Lowell Finson
                                    Robert F. Clarke

                                    Attorneys for Plaintiff
                                    JANICE ROSALES


Pursuant to stipulation, IT IS SO ORDERED:

Dated:  1/9/2009

                                _____
                                United States District Court, Northern

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*