1   ALAN J. LAZARUS (SBN #129767)
    alan.lazarus@dbr.com
2   KRISTA L. COSNER (SBN #213338)
    krista.cosner@dbr.com
3   DRINKER BIDDLE & REATH LLP
    50 Fremont Street, 20th Floor
4   San Francisco, CA  94105-2235
    Telephone:    (415) 591-7500
5   Facsimile:    (415) 591-7510

6   Attorneys for Defendants
    SMITHKLINE BEECHAM CORPORATION d/b/a
7   GLAXOSMITHKLINE and MCKESSON
    CORPORATION
8

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12

13  JANICE ROSALES, as surviving statutory        Case No. CV-08-5658 MHP
    beneficiary for the wrongful death of
14  Armando Rosales, Jr., deceased,               ~~[PROPOSED]~~
    individually and on behalf of all other heirs  ORDER GRANTING MOTION BY
15  of decedent,                                  DEFENDANT SMITHKLINE BEECHAM
                                                  CORPORATION d/b/a
16                     Plaintiff,                 GLAXOSMITHKLINE TO STAY ALL
                                                  PROCEEDINGS PENDING TRANSFER
17         v.                                     BY THE JUDICIAL PANEL ON
                                                  MULTIDISTRICT LITIGATION TO MDL
18  SMITHKLINE BEECHAM                            1871 (E.D. PA)
    CORPORATION, a Pennsylvania
19  corporation, d/b/a GLAXOSMITHKLINE;           Date:       March 2, 2009
    MCKESSON CORPORATION, a                       Time:       2:00 p.m.
20  Delaware corporation; DOES ONE through        Courtroom:  15
    FIFTEEN, inclusive,                           Judge:      Marilyn Hall Patel
21
                       Defendants.
22

23
            On March 2, 2009, Defendant SMITHKLINE BEECHAM CORPORATION d/b/a
24
    GLAXOSMITHKLINE's ("GSK") Motion to Stay All Proceedings Pending Transfer by the
25
    Judicial Panel on Multidistrict Litigation to MDL 1871 (E.D. PA) came for hearing in Courtroom
26
    15 of this Court.  All parties were given notice and an opportunity to be heard, and each party was
27
    represented at the hearing by its counsel of record.  Having reviewed all of the papers and
28

DRINKER BIDDLE &
   REATH LLP        [PROPOSED] ORDER GRANTING MOTION TO
ATTORNEYS AT LAW    STAY                                                  CASE NO. CV-08-5658 MHP
  SAN FRANCISCO     SF01/ 622357.1

1  admissible evidence filed in support of and in opposition to the motion and for good cause

2  appearing:

3      IT IS HEREBY ORDERED THAT GSK's motion is GRANTED.  The Court hereby

4  orders a stay of: (a) all pretrial activity in this case, including any remand motions; (b) the period

5  for initial disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure; and (c) all

6  other discovery and pretrial deadlines, pending transfer of this case by the Judicial Panel on

7  Multidistrict Litigation, pursuant to 28 U.S.C. § 1407(a), of the resulting action against GSK to *In*

8  *re Avandia Products Liability Litigation,* MDL No. 1871, pending before the Honorable

9  Cynthia M. Rufe in the United States District Court for the Eastern District of Pennsylvania.

10

11      **IT IS SO ORDERED.**

12

13  Dated: January __27__, 2009

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING MOTION TO
STAY                                           - 2 -                    CASE NO. CV-08-5658 MHP
SF01/ 622357.1